UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GULFSHORE LIFE MEDIA, LLC,

     Plaintiff,

v.                             Case No.:  2:22-cv-780-SPC-KCD

JESSE M ADAMS and J ADAMS
HOLDINGS, LLC,

     Defendants.

_____/

## OPINION AND ORDER

     Before the Court is the parties' Joint Motion for Entry of Stipulated Permanent Injunction.  (Doc. 25).  The parties have reached a settlement resolving all claims and, pursuant to that settlement, ask the Court to enter an injunction.

     Accordingly, it is now

     **ORDERED:**

1. The parties' Joint Motion for Entry of Stipulated Permanent Injunction (Doc. 25) is **GRANTED**.

2. Defendants, along with their directors, managers, principals, officers, agents, shareholders, servants, employees, representatives, successors, assigns, and all those persons or entities acting in concert

or in participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

a. Using any mark containing the phrase Gulfshore Local in connection with any good or services related to the publishing, media, or advertisement fields;

b. Using any mark containing the phrases Gulfshore, Gulf Shore, or Gulf in connection with any good or services related to the publishing, media, or advertisement fields;

c. Using any mark that is confusingly similar to the GULFSHORE LIFE® mark in connection with any good or services related to the publishing, media, or advertisement fields;

d. Engaging in any course of conduct with respect to the GULFSHORE LIFE® mark that is likely to mislead the public into believing that Defendants are affiliated with or otherwise connected to Gulfshore Life Media;

e. Engaging in any course of conduct with respect to the GULFSHORE LIFE® mark that is likely to mislead the public into believing that Defendants products or services are licensed, sponsored, authorized, endorsed by, or otherwise approved by Gulfshore Life Media; and

    f.  Engaging in any other activity constituting infringement or unfair competition with the GULFSHORE LIFE® mark.

3.  Nothing in the Stipulated Permanent Injunction limits or prevents the Parties from asserting any claims or rights that arise after entry of this Stipulated Permanent Injunction or that are based upon any breach of the same or the settlement agreement reached among the Parties.

4.  This Stipulated Permanent Injunction is final and may not be appealed by the Parties. Such appeal rights are hereby specifically waived by the Parties.

5.  This Stipulated Permanent Injunction applies to and binds all parties who are in active concert or participation with Defendants as provided in Federal Rule of Civil Procedure 65(d).  Defendants waive any objections under Federal Rule of Civil Procedure 65.

6.  This Stipulated Permanent Injunction shall bind Defendants and their directors, managers, principals, officers, agents, shareholders, servants, employees, representatives, successors, and assigns.

**DONE** and **ORDERED** in Fort Myers, Florida on October 27, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record